**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000272
10-NOV-2022
01:38 PM
Dkt. 70 OCOR**

NO. CAAP-22-0000272

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF QH

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 19-00164)

ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on November 10, 2022, is corrected as follows:

In the first paragraph, eighth line, the year in the date is corrected from "2002" to "2022" so that the line reads:

Family Court's May 12, 2022 Findings of Fact and Conclusions of

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, November 10, 2022.

/s/ Clyde J. Wadsworth
Associate Judge

---

[1] Ginoza, Chief Judge, and Wadsworth and Nakasone, JJ.